FILED
MAY 2 7 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAVIER PEREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. SA-00-CA-034-FB |
| ) | |
| TEXAS DEPARTMENT OF CRIMINAL ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the verdict of the jury and the Order Regarding Plaintiff's Tender and Supplemental Tender of Final Judgment, the Court enters judgment in favor of the plaintiff, Javier Perez, and against the defendant, Texas Department of Criminal Justice, as follows:

(1) Back pay in the amount of $47,800.00 as stipulated by the parties;

(2) Damages in the amount of $29,200.00;

(3) Prejudgment interest in the amount of $46,099.00;

(4) Post-judgment interest as provided by 28 U.S.C. § 1961 at the rate of 1.20%;

(5) Costs and attorneys' fees shall be awarded as provided by rule 54(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 1988, to be determined by the Court upon plaintiff's application for same and defendant's response thereto, if any.

It is so ORDERED.

SIGNED this __27__ day of May, 2003.

FRED BIERY
UNITED STATES DISTRICT JUDGE