IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT - 4 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

| | |
|---|---|
| JAVIER PEREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. SA-00-CA-034-FB |
| ) | |
| TEXAS DEPARTMENT OF CRIMINAL ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

Counsel have telephonically advised Court staff they have reached a settlement agreement and request the Court enter an Order of Dismissal in the above-styled and numbered cause. After careful consideration, the Court is of the opinion the request should be granted.

IT IS THEREFORE ORDERED that the above-styled and numbered cause is DISMISSED WITH PREJUDICE. Motions pending with the Court, if any, are dismissed as moot.

It is so ORDERED.

SIGNED this 4th day of October, 2006.

FRED BIERY
UNITED STATES DISTRICT JUDGE