IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT - 4 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

| | |
|---|---|
| JAVIER PEREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. SA-00-CA-034-FB |
| ) | |
| TEXAS DEPARTMENT OF CRIMINAL ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

The Court considered the Judgment to be entered in the above-styled and numbered cause. Pursuant to the Order of Dismissal signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is DISMISSED WITH PREJUDICE. Motions pending with the Court, if any, are dismissed as moot.

It is so ORDERED.

SIGNED this____4____ day of October, 2006.

FRED BIERY
UNITED STATES DISTRICT JUDGE